UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SETH D. HARRIS,
Acting Secretary of Labor,
United States Department of Labor,

      Plaintiff,

v.                                                  Case No. 8:13-cv-601-T-23AEP

AVID SPORTSWEAR AND GOLF
CORP., *et al.*,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court upon the Independent Fiduciary's Fourth Fee Report and Motion for Release and Discharge (Doc. 21). By the motion, Jeanne B. Bryant, the Independent Fiduciary for the Avid Sportswear and Golf 401K Plan (the "Plan") submits her fees and expenses incurred from January 1, 2015, through December 31, 2015, and seeks a release and discharge of fees and expenses in the amount of $2,420.58 pursuant to the Court's March 19, 2014 Order (the "Order") (Doc. 16). Under the Order, the Independent Fiduciary is authorized to receive reasonable fees and expenses payable from the assets of the Plan, as approved by the Court (Doc. 16, at 2). To do so, the Independent Fiduciary was instructed to submit to the Court for approval, with a copy to each party, a proposed fee schedule and an estimate of the total fee associated with distributing assets and terminating the Plan, after which the parties had 10 days from service to comment on the proposed fee schedule (Doc. 16, at 3). If no party or the Court objected within 10 days of service, the Order directed that payment be made by the Plan, within 15 days after notice given to the parties, with post-judgment interest

to be assessed against any remaining unpaid balance of such amount, in accordance with 28 U.S.C. § 1961, until paid in full.

Here, the Independent Fiduciary submitted the proposed fee schedule and an estimate of the total fee associated with distributing the assets and terminating the Plan (Doc. 21, Exs. 2-4).  More than 10 days have lapsed since service and the filing of the instant motion, with no objections received.  Accordingly, after consideration, it is hereby

RECOMMENDED:

1.  The Independent Fiduciary's Fourth Fee Report and Motion for Release and Discharge (Doc. 21) be GRANTED.

2.  The Independent Fiduciary be awarded fees in the amount of $2,420.58.

IT IS SO REPORTED in Tampa, Florida, on this 9th day of March, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.


cc:     Hon. Steven D. Merryday
        Counsel of Record