UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SETH D. HARRIS,

    Plaintiff,

v.                                                                              CASE NO. 8:13-cv-601-T-23AEP

AVID SPORTSWEAR AND GOLF
CORP., et al.,

    Defendants.
_____/

**ORDER**

On March 9, 2016, Magistrate Judge Anthony E. Porcelli recommended (Doc. 22) granting the "Independent Fiduciary's Fourth Fee Report and Motion for Release and Discharge" (Doc. 21). More than seventeen days has passed, and no party objects. However, the report and recommendation mistakenly (by the clerical error of an inadvertent doubling) recommends a $2,420.58 award rather than the requested $1,240.29 award ($60 to the independent fiduciary, Jeanne B. Bryant, and $1,180.29 to Receivership Management, Inc.).

In accord with Rule 60(a), Federal Rules of Civil Procedure, the clerical error in the report and recommendation is corrected, and the corrected report and recommendation (Doc. 22) is **ADOPTED**. The motion (Doc. 21) is **GRANTED**. The independent fiduciary is awarded $60 and Receivership Management is awarded

$1,180.29, each from the Avid Sportswear and Golf 401K Plan. Because "[t]he Plan is now terminated" (Doc. 21 at 1), the independent fiduciary is discharged.

ORDERED in Tampa, Florida, on April 1, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE